UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALERIE PALMIERI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERVET INC. d/b/a MERCK ANIMAL HEALTH, a subsidiary of MERCK & CO., INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-22024-JMV-JBC |

### STIPULATION EXTENDING DEADLINES IN DKT. NO. 26

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that, pursuant to Standing Order 2020-09, the time within which Plaintiff Valerie Palmieri may amend her complaint is extended from May 4, 2020 to and including June 3, 2020.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned that the deadline for Defendant Intervet, Inc. d/b/a Merck Animal Health to answer, move, or otherwise respond to Plaintiff's amended complaint is July 20, 2020. If Defendant files a motion to dismiss, Plaintiff shall have until August 17, 2020 to file an opposition to that motion, and Defendant shall have until August 31, 2020 to file a reply in support of that motion.

| | |
|---|---|
| **McCarter & English, LLP**<br>Attorneys for Defendant | **DiCello Levitt Gutzler LLC**<br>Attorneys for Plaintiff |

By: /s/ *Kristofor T. Henning*
    Kristofor T. Henning
    Natalie Watson
    Theresa A. Dill

By: /s/ *Mark A. DiCello*
    Mark A. DiCello
    Amy E. Keller (Admitted *Pro Hac Vice*)

DATED: May 4, 2020

SO ORDERED this ___5th___ day of __May__ 2020.

_____
Hon. James B. Clark, III